UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

HERITAGE FOUNDATION and            )
MIKE HOWELL,                       )
                                   )
        Plaintiffs,                )
                                   )
        v.                         )          Civ. A. No. 22-1770  (CJN)
                                   )
DEPARTMENT OF HOMELAND             )
SECURITY,                          )
                                   )
        Defendant.                 )
_____ )

## **JOINT STATUS REPORT**

Pursuant to the Court's September 29, 2022, Minute Order, Plaintiffs and Defendant,

Department of Homeland Security ("DHS"), by and through undersigned counsel, hereby

provide the following joint status report.

1.      This action under the Freedom of Information Act ("FOIA") was filed by

Plaintiffs on June 21, 2022.  ECF No. 1.  Plaintiffs generally seek records concerning the

investigation of the interaction of Department personnel with migrants on September 19, 2021 at

the U.S.-Mexico border at Del Rio, TX.

2.      DHS and its component agency, Customs and Border Protection ("CBP"), report

as follows:

      a.      <u>DHS</u>: After reviewing 418 pages of 806 potentially responsive documents, on

October 4, 2021, DHS-HQ released 89 pages in full, released 21 in part, and

withheld 5 pages in full pursuant to FOIA exemption(s). 265 pages were

duplicative or non-responsive and the remaining pages referred to other agencies.

DHS is discussing search terms with Plaintiff.

b.  <u>CBP</u>: CBP conducted an initial search that retrieved approximately 520 pages of potentially responsive records plus 29 potentially responsive videos. CBP produced releasable documents to Plaintiff on September 12, 2022.  CBP  is further evaluating the videos.  CBP conducted a second search but has not released additional records due to ongoing discussions with Plaintiff regarding search terms.

3.      Depending on the conclusion of the parties' discussions regarding search terms, the parties may or may not have a disagreement regarding the appropriate processing rate. Should a dispute arise over the appropriate processing rate arise, the parties will inform the Court.

4.      Pursuant to the Court's Minute Order of September 29, 2022, the Parties will file an additional JSR no later than December 19, 2022.


Dated:  October 18, 2022                          Respectfully submitted,

                                                  MATTHEW M. GRAVES, D.C. Bar. #481052
                                                  United States Attorney

                                                  BRIAN P. HUDAK
                                                  Chief, Civil Division

                                   By:    */s/ Sean M. Tepe*
                                          SEAN M. TEPE, DC Bar #1001323
                                          Assistant United States Attorney
                                          601 D Street, N.W.
                                          Washington, D.C. 20530
                                          Phone: (202) 252-2533
                                          Email: sean.tepe@usdoj.gov

*/s/ Samuel Everett Dewey*
SAMUEL EVERETT DEWEY
(No. 999979)
Chambers of Samuel Everett Dewey, LLC
Telephone:  (703) 261-4194
Email:  samueledewey@sedchambers.com

ROMAN JANKOWSKI
(No. 975348)
The Heritage Foundation
Telephone:  (202) 489-2969
Email:  Roman.Jankowski@heritage.org

*Counsel for Plaintiffs*