UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HERITAGE FOUNDATION and MIKE HOWELL, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) )   Civ. A. No. 22-1770 (CJN) |

**JOINT STATUS REPORT**

Pursuant to the Court's September 29, 2022, Minute Order, Plaintiffs and Defendant, Department of Homeland Security ("DHS"), by and through undersigned counsel, hereby provide the following joint status report.

1. This action under the Freedom of Information Act ("FOIA") was filed by Plaintiffs on June 21, 2022. ECF No. 1. Plaintiffs generally seek records concerning the investigation of the interaction of Department personnel with migrants on September 19, 2021 at the U.S.-Mexico border at Del Rio, TX.

2. DHS and its component agency, Customs and Border Protection ("CBP"), report as follows:

   a. <u>DHS Statement</u>: In previous JSR updates, DHS indicated that it has made two releases in response to Plaintiff's FOIA request dated March 23, 2022, and that it was verifying that all reasonable searches have been exhausted. Since the last report, DHS ran an additional search and has identified 2,393 potentially response pages for further review, although DHS expects some of these pages may be

       duplicative of records already processed.  DHS will review at least 400 pages per month, with the next production expected in May 2023.

   b. <u>Plaintiffs Statement</u>: Plaintiffs are considering their position in light of the fact that DHS has only now run additional searches.

   c. <u>CBP Statement</u>: CBP conducted an initial search that retrieved approximately 520 pages of potentially responsive records plus 29 potentially responsive videos. CBP produced releasable documents to Plaintiff on September 12, 2022.  CBP is further evaluating the videos.  CBP conducted a second search in accordance with Plaintiff's provided search terms and retrieved 966 records comprising 94,653 pages of potentially responsive records.  CBP will process the potentially responsive records at a rate of 500 pages per month and make monthly releases of responsive, non-exempt records.  To process these potentially responsive records more efficiently, CBP is processing parent emails first.  Since the last JSR, CBP made releases on March 6, 2023, and on April 13, 2023.

   a. <u>Plaintiff Statement</u>:  Plaintiffs object to CBP's processing rate of 500 pages per month.  Further, CBP has processed parent emails over Plaintiffs' objection that this manner of processing deprives a number of record "families" of meaning and context, substantially limiting the usual value found in a rolling production.

3.    Pursuant to the Court's Minute Order of September 29, 2022, the Parties will file an additional JSR no later than June 14, 2023.

Dated:  April 14, 2023            Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:    */s/ Sean M. Tepe*
SEAN M. TEPE, DC Bar #1001323
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-2533
Email: sean.tepe@usdoj.gov

*Counsel for Defendants*


*/s/ Samuel Everett Dewey*
SAMUEL EVERETT DEWEY
(No. 999979)
Chambers of Samuel Everett Dewey, LLC
Telephone:  (703) 261-4194
Email:  samueledewey@sedchambers.com

ROMAN JANKOWSKI
(No. 975348)
The Heritage Foundation
Telephone:  (202) 489-2969
Email:  Roman.Jankowski@heritage.org

*Counsel for Plaintiffs*