UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERITAGE FOUNDATION and MIKE HOWELL, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY, <br><br> Defendant. | Civ. A. No. 22-1770 (CJN) |

## JOINT STATUS REPORT

Pursuant to the Court's September 29, 2022, Minute Order, Plaintiffs and Defendant, Department of Homeland Security ("DHS"), by and through undersigned counsel, hereby provide the following joint status report.

1. This action under the Freedom of Information Act ("FOIA") was filed by Plaintiffs on June 21, 2022. ECF No. 1. Plaintiffs generally seek records concerning the investigation of the interaction of Department personnel with migrants on September 19, 2021 at the U.S.-Mexico border at Del Rio, TX.

2. DHS and its component agency, Customs and Border Protection ("CBP"), report as follows:

　　a. <u>DHS Statement</u>: Since the last joint status report, DHS has provided two additional sets of productions. For the tenth production dated December 29, 2023, DHS reviewed 487 pages of which 333 pages were released in full, 52 pages were withheld in part pursuant to FOIA exemptions (b)(5) and (b)(6), 54 pages were withheld in full pursuant to FOIA Exemption (b)(5), 28 pages were non-

responsive/duplicate and 20 were referred to another agency for direct response. For the eleventh production dated January 31, 2024, DHS reviewed 360 pages of which 65 pages were released in full, four pages were withheld in part pursuant to FOIA Exemption (b)(6), 170 pages were withheld in full pursuant to FOIA Exemption (b)(5), 106 pages were non-responsive/duplicate and 15 pages required additional consultation with other government agencies. DHS does not have any additional potentially responsive pages remaining for processing and will produce outstanding consult pages as soon as they are returned by the consulting agencies.

    b.    <u>CBP Statement</u>: Since the last joint status report, CBP made additional interim releases on January 5, 2024, and February 6, 2024.

3.    Pursuant to the Court's Minute Order of September 29, 2022, the Parties will file an additional JSR no later than May 10, 2024.

Dated:  February 12, 2024        Respectfully submitted,

        MATTHEW M. GRAVES, D.C. Bar. #481052
        United States Attorney

        BRIAN P. HUDAK
        Chief, Civil Division

By:    */s/ Tabitha Bartholomew*
        TABITHA BARTHOLOMEW
        DC Bar #1044448
        Assistant United States Attorney
        601 D Street, N.W.
        Washington, D.C. 20530
        Phone: (202) 252-2529
        Email: Tabitha.Bartholomew@usdoj.gov

*Attorneys for the United States of America*

        */s/ Samuel Everett Dewey*
        SAMUEL EVERETT DEWEY
        (No. 999979)
        Chambers of Samuel Everett Dewey, LLC
        Telephone: (703) 261-4194
        Email: samueledewey@sedchambers.com

        ROMAN JANKOWSKI
        (No. 975348)
        The Heritage Foundation
        Telephone: (202) 489-2969
        Email: Roman.Jankowski@heritage.org

        *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2024, I caused a true copy of the foregoing document to be served on all counsel of record via the Court's CM/ECF system.

        */s/ Tabitha Bartholomew*
        TABITHA BARTHOLOMEW
        Assistant United States Attorney